IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY | § § § | |
| *Plaintiff,* | § § | No. 6:08-cv-401 |
| v. | § § | |
| CANON U.S.A., INC., CANON, INC., NIKON, INC., NIKON CORP., OLYMPUS AMERICA, INC., OLYMPUS CORP., PANASONIC CORP. OF NORTH AMERICA, PANASONIC CORP., SONY ELECTRONICS, INC., SONY CORP., SAMSUNG ELECTRONICS AMERICA, AND SAMSUNG ELECTRONICS CO., LTD. | § § § § § § § § § § § § § | JURY DEMANDED |
| *Defendants.* | § | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff California Institute of Technology ("Plaintiff") respectfully notifies the Court that, pursuant to Federal Rule of Procedure 41(a)(1)(A)(i), it voluntarily dismisses this action as to all Defendants without prejudice. Plaintiff represents that no Defendant has filed an answer or motion for summary judgment in this action, nor has any Defendant been served with process.

Dated: December 31, 2008                Respectfully submitted,

By: */s/ Michael W. Shore*
Michael W. Shore
Texas State Bar No. 18294915
Joseph F. DePumpo
Texas State Bar No. 00787355
Glenn E. Janik
Texas State Bar No. 24036837
SHORE CHAN BRAGALONE LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
214-593-9110 Telephone
214-593-9111 Facsimile
shore@shorechan.com
jdepumpo@shorechan.com
gjanik@shorechan.com

Attorneys for Plaintiff
CALIFORNIA INSTITUTE OF TECHNOLOGY